THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOBBY LEE DICKERSON, JR.,

                              Plaintiff,

        v.

COLONIAL PLACE APARTMENTS, *et al*.,

                              Defendants.

CASE NO. C17-0371-JCC

ORDER DENYING PLAINTIFF'S
APPLICATION TO PROCEED *IN
FORMA PAUPERIS* AND DIRECTING
PLAINTIFF TO PAY FILING FEE

The Court, having reviewed Plaintiff's complaint (Dkt. No. 1-1), the Report and

Recommendation (Dkt. No. 2) of the Honorable Mary Alice Theiler, United States Magistrate

Judge, the lack of objections thereto, and the remaining record, hereby FINDS and ORDERS:

    (1)    The Court adopts the Report and Recommendation (Dkt. No. 2).

    (2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED.

    (3)    Plaintiff is DIRECTED to pay the $400 filing fee within 10 days of the date on

which this order is signed.  Failure to timely submit the requisite filing fee will result in

immediate termination of this action.

    (4)    All motions submitted by Plaintiff in conjunction with his complaint are

STRICKEN as moot.

    (5)    The Clerk is directed to send copies of this order to Plaintiff and to Judge Theiler.

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS* - 1

1    DATED this 3rd day of April 2017.

2

3

4

5

6

7    _____

8    John C. Coughenour
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS* - 2