UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOBBY LEE DICKERSON, JR., | CASE NO. C17-0371-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COLONIAL PLACE APARTMENTS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On April 3, 2017, Plaintiff Bobby Lee Dickerson, Jr. was given 10 days to pay the $400 filing fee to initiate this lawsuit. (Dkt. No. 5 at 1.) He did not do so. Accordingly, Dickerson's complaint (Dkt. No. 1-1) is DISMISSED without prejudice and this case is CLOSED.

DATED this 18th day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk